**John CARROLL, Plaintiff—Appellant,**

v.

**Ana M OLIVAREZ; et al.,
Defendants—Appellees.**

No. 02–17414.

United States Court of Appeals,
Ninth Circuit.

Submitted May 12, 2003.*

Decided May 19, 2003.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: PREGERSON, REINHARDT, and GRABER, Circuit Judges.

MEMORANDUM **

California state prisoner John Carroll appeals pro se the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging prison officials violated his Fifth, Sixth, and Fourteenth Amendment rights by classifying him as a sex offender without a hearing. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo a district court's dismissal for failure to state a claim, *Kimes v. Stone*, 84 F.3d 1121, 1126 (9th Cir.1996), and we vacate and remand.

Carroll alleged that defendants classified him as a sex offender, and the district court dismissed on the ground that being classified as a sex offender does not implicate a liberty interest. Assuming without deciding that this classification does implicate a protected liberty interest, *see Neal v. Shimoda*, 131 F.3d 818, 829 (9th Cir. 1997), we remand for the district court to examine whether Carroll received all of the process he was due, *see id.* at 831, whether the applicable statute of limitations bars this action, *see Silva v. Crain*, 169 F.3d 608, 610 (9th Cir.1999), or whether the action is subject to dismissal on some other ground.

The parties shall bear their own costs on appeal.

**VACATED and REMANDED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).